# U.S. District Court [LIVE]
## Western District of Texas (Midland)
## CIVIL DOCKET FOR CASE #: 7:25−cv−00378−DC−DTG

HEADWATER RESEARCH LLC v. GOOGLE LLC
Assigned to: Judge David Counts
Referred to: Judge Derek T. Gilliland
Cause: 35:100 Patent Infringement

Date Filed: 08/27/2025
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | represented by | **Brian D. Ledahl** |

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310−826−7474
Fax: 310−826−6991
Email: bledahl@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale Chang**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310−826−7474
Email: dchang@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Tsuei**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826−7474
Fax: (310) 826−6991
Email: jtsuei@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason M Wietholter**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826−7474
Fax: (310) 826−6991
Email: jwietholter@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristopher R. Davis**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor

Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: kdavis@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: rmirzaie@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James N. Pickens**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310)826–7474
Fax: (310)826–6991
Email: jpickens@raklaw.com
*ATTORNEY TO BE NOTICED*

**Minna Jay**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: mjay@raklaw.com
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
Russ August & Kabat
12424 Wilshire Blvd
12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: pwang@raklaw.com
*ATTORNEY TO BE NOTICED*

**Qi (Peter) Tong**
Russ August & Kabat
8080 N. Central Expressway, Suite 1503
Dallas, TX 75206
310–826–7474
Fax: 310–826–6991
Email: ptong@raklaw.com
*ATTORNEY TO BE NOTICED*

**Ryan K. Lundquist**

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
310–826–7474
Email: rlundquist@raklaw.com
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: mafenster@raklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GOOGLE LLC**                    represented by   **Grayson S. Cornwell**
Paul Hastings LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
(312) 499–6000
Fax: (312) 499–6100
Email: graysoncornwell@paulhastings.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathaniel St. Clair , II**
Jackson Walker LLP
2323 Ross Ave., Ste. 600
Dallas, TX 75201
(214)953–5948
Fax: (214) 661–6848
Email: nstclair@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Unikel**
Paul Hastings LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
(312) 499–6000
Fax: (312) 499–6100
Email: robertunikel@paulhastings.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea Pallios Roberts**
Paul Hastings LLP
1117 S. California Avenue

Palo Alto, CA 94304
(650) 320–1800
Fax: (650) 320–1900
Email: andrearoberts@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
Paul Hastings, LLP
4655 Executive Dr.
Suite 350
San Diego, CA 92121
858–458–3000
Fax: 858–458–3000
Email: ariellbratton@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Elizabeth L. Brann**
Paul Hastings, LLP
4655 Executive Dr., Ste 350
San Diego, CA 92121
858–458–3000
Fax: 858–458–3005
Email: elizabethbrann@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthias Andreas Kamber**
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111
(415) 856–7000
Fax: (415) 856–7100
Email: matthiaskamber@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Paige Vonne Welch**
100 Congress Ave., Ste 11000
Austin, TX 78701
512–236–2295
Email: pwelch@jw.com
*ATTORNEY TO BE NOTICED*

**Robert R. Laurenzi**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
(212) 318–6000
Fax: (212) 319–4090
Email: robertlaurenzi@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Stephanie Nicole Adamakos**
Paul Hastings LLP
2050 M Street NW
Suite 600

Washington, DC 20036
202–682–7119
Email: stephanieadamakos@paulhastings.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2025 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* ( Filing fee $ 405 receipt number ATXWDC–20646185), filed by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Civil Cover Sheet)(Fenster, Marc) (Entered: 08/27/2025) |
| 08/27/2025 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 08/27/2025) |
| 08/27/2025 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Fenster, Marc) (Entered: 08/27/2025) |
| 08/27/2025 | Ï 4 | RULE 7 DISCLOSURE STATEMENT filed by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 08/27/2025) |
| 08/27/2025 | Ï | Case assigned to Judge David Counts **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (kg) (Entered: 08/29/2025) |
| 08/28/2025 | Ï 6 | ORDER AND ADVISORY. REFERRING CASE to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. (kg) (Entered: 08/29/2025) |
| 08/29/2025 | Ï 5 | Summons Issued as to GOOGLE LLC. (kg) (Entered: 08/29/2025) |
| 09/04/2025 | Ï 7 | NOTICE of Attorney Appearance by James N. Pickens on behalf of HEADWATER RESEARCH LLC. Attorney James N. Pickens added to party HEADWATER RESEARCH LLC(pty:pla) (Pickens, James) (Entered: 09/04/2025) |
| 09/10/2025 | Ï 8 | SUMMONS Returned Executed by HEADWATER RESEARCH LLC. GOOGLE LLC served on 9/3/2025, answer due 9/24/2025. (Fenster, Marc) (Entered: 09/10/2025) |
| 09/15/2025 | Ï 9 | NOTICE of Attorney Appearance by Nathaniel St. Clair, II on behalf of GOOGLE LLC. Attorney Nathaniel St. Clair, II added to party GOOGLE LLC(pty:dft) (St. Clair, Nathaniel) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 10 | Unopposed MOTION for Extension of Time to File Answer *to Plaintiff's Complaint* by GOOGLE LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 09/15/2025) |
| 09/15/2025 | Ï | DEFICIENCY NOTICE: re 9 Notice of Appearance: Case number is incorrect on document. Please correct to 7:25–cv–378 and refile. (kg) (Entered: 09/15/2025) |
| 09/16/2025 | Ï 11 | NOTICE of Attorney Appearance by Nathaniel St. Clair, II on behalf of GOOGLE LLC (St. Clair, Nathaniel) (Entered: 09/16/2025) |
| 09/16/2025 | Ï 12 | ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 10); GOOGLE LLC answer due 11/10/2025. Signed by Judge Derek T. Gilliland. (kg) (Entered: 09/17/2025) |

| 10/10/2025 | 13 | NOTICE of Attorney Appearance by Matthias Andreas Kamber on behalf of GOOGLE LLC. Attorney Matthias Andreas Kamber added to party GOOGLE LLC(pty:dft) (Kamber, Matthias) (Entered: 10/10/2025) |
|---|---|---|
| 10/14/2025 | Ï | DEFICIENCY NOTICE: re 13 Notice of Appearance Local Rule CV–10(b) requires signature block to include mailing address, email address, signature, **state bar card number**, and telephone and fax numbers (including area code). (ktm) (Entered: 10/14/2025) |
| 10/15/2025 | 14 | NOTICE of Attorney Appearance by Matthias Andreas Kamber on behalf of GOOGLE LLC (Kamber, Matthias) (Entered: 10/15/2025) |
| 11/10/2025 | 15 | ANSWER to 1 Complaint, with Jury Demand by GOOGLE LLC.(Kamber, Matthias) (Entered: 11/10/2025) |
| 11/10/2025 | 16 | RULE 7 DISCLOSURE STATEMENT filed by GOOGLE LLC identifying Corporate Parent Alphabet Inc., Corporate Parent XXVI Holdings Inc. for GOOGLE LLC. (Kamber, Matthias) (Entered: 11/10/2025) |
| 11/10/2025 | 17 | MOTION to Dismiss by GOOGLE LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kamber, Matthias) (Entered: 11/10/2025) |
| 11/10/2025 | 18 | NOTICE of Attorney Appearance by Ariell Bratton on behalf of GOOGLE LLC. Attorney Ariell Bratton added to party GOOGLE LLC(pty:dft) (Bratton, Ariell) (Entered: 11/10/2025) |
| 11/12/2025 | 19 | Pro Hac Vice Letter to Andrea P. Roberts as to GOOGLE LLC. (kg) (Entered: 11/12/2025) |
| 11/13/2025 | 20 | ORDER SETTING INITIAL PRETRIAL CONFERENCE HELD IN PERSON. Initial Pretrial Conference set for 12/17/2025 02:00 PM in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/13/2025) |
| 11/14/2025 | 21 | NOTICE of Attorney Appearance by Andrea Pallios Roberts on behalf of GOOGLE LLC. Attorney Andrea Pallios Roberts added to party GOOGLE LLC(pty:dft) (Roberts, Andrea) (Entered: 11/14/2025) |
| 11/21/2025 | 22 | Joint MOTION *to Extend Briefing Deadlines on Motion To Dismiss* by HEADWATER RESEARCH LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Fenster, Marc) (Entered: 11/21/2025) |
| 12/01/2025 | 23 | NOTICE of Attorney Appearance by Robert W. Unikel on behalf of GOOGLE LLC. Attorney Robert W. Unikel added to party GOOGLE LLC(pty:dft) (Unikel, Robert) (Entered: 12/01/2025) |
| 12/02/2025 | 24 | ORDER GRANTING JOINT MOTION TO EXTENDBRIEFING DEADLINES ON MOTION TO DISMISS (DKT. NO. 22). Signed by Judge Derek T. Gilliland. (kg) (Entered: 12/02/2025) |
| 12/03/2025 | 25 | NOTICE of Attorney Appearance by Robert R. Laurenzi on behalf of GOOGLE LLC. Attorney Robert R. Laurenzi added to party GOOGLE LLC(pty:dft) (Laurenzi, Robert) (Entered: 12/03/2025) |
| 12/05/2025 | 26 | AFFIDAVIT in Support *Declaration of Andrea P. Roberts in Support of Defendant Google's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) submitted Under Seal December 5, 2025* by GOOGLE LLC. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16, # 17 Exhibit Exhibit 17, # 18 Exhibit Exhibit 18, # 19 Exhibit Exhibit 19, # 20 Exhibit Exhibit 20, # 21 Exhibit Exhibit 21, # 22 Exhibit Exhibit 23, # 23 Exhibit Exhibit 24, # 24 Exhibit Exhibit 25, # 25 Exhibit Exhibit 26, # 26 Exhibit Exhibit 27, # 27 Exhibit Exhibit 28, # 28 Exhibit Exhibit 29, # 29 Exhibit Exhibit 30, # 30 Exhibit Exhibit |

| | | |
|---|---|---|
| | | 31, # 31 Exhibit Exhibit 32, # 32 Exhibit Exhibit 33, # 33 Exhibit Exhibit 34, # 34 Exhibit Exhibit 35, # 35 Exhibit Exhibit 36, # 36 Exhibit Exhibit 37, # 37 Exhibit Exhibit 38, # 38 Exhibit Exhibit 39, # 39 Exhibit Exhibit 40, # 40 Exhibit Exhibit 41, # 41 Exhibit Exhibit 42, # 42 Exhibit Exhibit 43, # 43 Exhibit Exhibit 44, # 44 Exhibit Exhibit 45, # 45 Exhibit Exhibit 46, # 46 Exhibit Exhibit 47, # 47 Exhibit Exhibit 48, # 48 Exhibit Exhibit 49, # 49 Exhibit Exhibit 50, # 50 Exhibit Exhibit 51, # 51 Exhibit Exhibit 53, # 52 Exhibit Exhibit 54, # 53 Exhibit Exhibit 64, # 54 Exhibit Exhibit 65, # 55 Exhibit Exhibit 66, # 56 Exhibit Exhibit 68, # 57 Exhibit Exhibit 69, # 58 Exhibit Exhibit 70, # 59 Exhibit Exhibit 77, # 60 Exhibit Exhibit 78, # 61 Exhibit Exhibit 79, # 62 Exhibit Exhibit 80, # 63 Exhibit Exhibit 81, # 64 Exhibit Exhibit 82, # 65 Exhibit Exhibit 83, # 66 Exhibit Exhibit 84, # 67 Exhibit Exhibit 85, # 68 Exhibit Exhibit 89, # 69 Exhibit Exhibit 90, # 70 Exhibit Exhibit 91, # 71 Exhibit Exhibit 92, # 72 Exhibit Exhibit 102, # 73 Exhibit Exhibit 103)(Roberts, Andrea) (Entered: 12/05/2025) |
| 12/05/2025 | 27 | Motion for Leave to File under Seal filed by Google LLC pursuant to W.D. Texas SDS procedures.(Attachments: (1) – Proposed Order Granting Motion for Leave to File under Seal, (2) – Opposed Motion to Transfer Venue to the Northern District of California under 28 U.S.C. § 1404(A), (3) – Declaration of Shailesh Maheshwari in Support of Google LLC's Motion to Transfer Venue to the Northern District of California under 28 U.S.C § 1404(A), (4) – Exhibit 9, (5) – Exhibit 17, (6) – Exhibit 18, (7) – Exhibit 20, (8) – Exhibit 49, (9) – Exhibit 50, (10) – Exhibit 51, (11) – Exhibit 53, (12) – Proposed Order Granting Motion to Transfer). Referral Judge: Derek T. Gilliland. (jb3) (Entered: 12/08/2025) |
| 12/08/2025 | 28 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by GOOGLE LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 12/08/2025) |
| 12/08/2025 | 29 | CORRECTED MOTION for Extension of Time to File *Joint Motion for Extension of Time to File Proposed Scheduling Order* by GOOGLE LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 12/08/2025) |
| 12/08/2025 | 30 | AMENDED COMPLAINT against GOOGLE LLC amending 1 Complaint,., filed by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Fenster, Marc) (Entered: 12/08/2025) |
| 12/11/2025 | 31 | Rule 26(f) Discovery Report/Case Management Plan *JOINT FEDERAL RULE OF CIVIL PROCEDURE 26 REPORT* by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tong, Qi) (Entered: 12/11/2025) |
| 12/12/2025 | 32 | Redacted Copy *of Google's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C § 1404(A)* of 27 Motion for leave to File Sealed Document by GOOGLE LLC pursuant to W.D. Texas SDS procedures by GOOGLE LLC. (St. Clair, Nathaniel) (Entered: 12/12/2025) |
| 12/12/2025 | 33 | NOTICE *of Venue Discovery and Opposition Deadline* by HEADWATER RESEARCH LLC (Tong, Qi) (Entered: 12/12/2025) |
| 12/15/2025 | 34 | ORDER CANCELLING INITIAL PRETRIAL CONFERENCEHELD IN PERSON. Signed by Judge Derek T. Gilliland. (kg) (Entered: 12/15/2025) |
| 12/22/2025 | 35 | Motion to Dismiss for Failure to State a Claim by GOOGLE LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Unikel, Robert) (Entered: 12/22/2025) |
| 12/23/2025 | 36 | Joint MOTION *for Extension of Venue–Related Deadlines* by GOOGLE LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Unikel, Robert) (Entered: 12/23/2025) |
| 01/02/2026 | 37 | Unopposed MOTION *TO EXTEND DEADLINES FOR GOOGLE'S MOTION TO DISMISS* by HEADWATER RESEARCH LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge |

| | | |
|---|---|---|
| | | Derek T. Gilliland. (Tong, Qi) (Entered: 01/02/2026) |
| 01/06/2026 | Ï | Text Order MOOTING 17 Motion to Dismiss in light of the amended complaint (Dkt. No. 30) and the newly filed motion to dismiss (Dkt. No. 35). Entered by Judge Derek T. Gilliland. (This is a text−only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 01/06/2026) |
| 01/06/2026 | Ï | Text Order MOOTING 28 Motion for Extension of Time to File because the proposed scheduling order has since been filed. Entered by Judge Derek T. Gilliland. (This is a text−only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 01/06/2026) |
| 01/06/2026 | Ï | Text Order MOOTING 29 Motion for Extension of Time to File because the proposed scheduling order has since been filed. Entered by Judge Derek T. Gilliland. (This is a text−only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 01/06/2026) |
| 01/06/2026 | 38 | ORDER GRANTING JOINT MOTION FOR EXTENSION OF VENUE−RELATED DEADLINES (DKT. NO. 36). Signed by Judge Derek T. Gilliland. (kg) (Entered: 01/06/2026) |
| 01/06/2026 | 39 | ORDER GRANTING PLAINTIFFS UNOPPOSED FIRST MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE (DKT. NO. 37). Signed by Judge Derek T. Gilliland. (kg) (Entered: 01/06/2026) |
| 01/06/2026 | 40 | ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL (DKT. NO. 27). Signed by Judge Derek T. Gilliland. (jb3) (Entered: 01/07/2026) |
| 01/06/2026 | 41 | Sealed Opposed Motion to Transfer Venue to the Northern District of California under 28 U.S.C. § 1404(A) filed by GOOGLE LLC pursuant to W.D. Texas SDS procedures.(Attachments: (1) – Declaration of Shailesh Maheshwari in Support of Defendant Google LLC's Motion to Transfer Venue to the Northern District of California under 28 U.S.C. § 1404(A), (2) – Exhibit 9, (3) – Exhibit 17, (4) – Exhibit 18, (5) – Exhibit 20, (6) – Exhibit 49, (7) – Exhibit 50, (8) – Exhibit 51, (9) – Exhibit 53). Referral Judge: Derek T. Gilliland. (jb3) (Entered: 01/07/2026) |
| 01/08/2026 | 42 | SCHEDULING ORDER: Consent to Trial by Magistrate due by 5/12/2027, Final Pretrial Conference set for 10/8/2027 10:00 AM in Midland before Judge David Counts, Jury Selection/Trial set for 11/1/2027 08:00 AM in Midland before Judge David Counts, Markman Hearing set for 6/24/2026 09:00 AM before Judge Derek T. Gilliland, Amended Pleadings due by 10/14/2026, Joinder of Parties due by 8/5/2026, Daubert/Dispositive Motions due by 5/12/2027. Signed by Judge Derek T. Gilliland. (kg) (Entered: 01/09/2026) |
| 01/12/2026 | 43 | Response in Opposition to Motion, filed by HEADWATER RESEARCH LLC, re 35 Motion to Dismiss for Failure to State a Claim filed by Defendant GOOGLE LLC (Fenster, Marc) (Entered: 01/12/2026) |
| 01/13/2026 | 44 | Redacted Copy of 27 Motion for leave to File Sealed Document by GOOGLE LLC pursuant to W.D. Texas SDS procedures by GOOGLE LLC. (Attachments: # 1 Proposed Order Granting Motion for Leave to File under Seal, # 2 Opposed Motion to Transfer Venue to the Northern District of California under 28 U.S.C. § 1404(A), # 3 Declaration of Shailesh Maheshwari in Support of Google LLC's Motion to Transfer Venue to the Northern District of California under 28 U.S.C § 1404(A), # 4 Exhibit 9, # 5 Exhibit 17, # 6 Exhibit 18, # 7 Exhibit 20, # 8 Exhibit 49, # 9 Exhibit 50, # 10 Exhibit 51, # 11 Exhibit 53, # 12 Proposed Order Granting Motion to Transfer)(Kamber, Matthias) (Entered: 01/13/2026) |
| 01/21/2026 | 45 | NOTICE of Attorney Appearance by Paige Vonne Welch on behalf of GOOGLE LLC. Attorney Paige Vonne Welch added to party GOOGLE LLC(pty:dft) (Welch, Paige) (Entered: 01/21/2026) |
| 01/26/2026 | 46 | REPLY to Response to Motion, filed by GOOGLE LLC, re 35 Motion to Dismiss for Failure to State a Claim filed by Defendant GOOGLE LLC (Unikel, Robert) (Entered: 01/26/2026) |

| | | |
|---|---|---|
| 01/28/2026 | 47 | NOTICE of Attorney Appearance by Stephanie Nicole Adamakos on behalf of GOOGLE LLC. Attorney Stephanie Nicole Adamakos added to party GOOGLE LLC(pty:dft) (Adamakos, Stephanie) (Entered: 01/28/2026) |
| 02/18/2026 | 48 | NOTICE of Attorney Appearance by Ryan K. Lundquist on behalf of HEADWATER RESEARCH LLC. Attorney Ryan K. Lundquist added to party HEADWATER RESEARCH LLC(pty:pla) (Lundquist, Ryan) (Entered: 02/18/2026) |
| 02/24/2026 | 49 | NOTICE *OF IPR PETITION* by HEADWATER RESEARCH LLC (Tong, Qi) (Entered: 02/24/2026) |
| 02/24/2026 | 50 | MOTION to Appear Pro Hac Vice by Elizabeth L. Brann ( Filing fee $ 100 receipt number ATXWDC–21456685) by on behalf of GOOGLE LLC.. Motions referred to Judge Derek T. Gilliland. (Brann, Elizabeth) (Entered: 02/24/2026) |
| 02/25/2026 | 51 | ORDER GRANTING 50 Motion to Appear Pro Hac Vice for Attorney Elizabeth L. Brann for GOOGLE LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 02/25/2026) |
| 03/13/2026 | 52 | AFFIDAVIT in Support *OF PLAINTIFF HEADWATERS OPPOSITION TO GOOGLES MOTIONS TO TRANSFER* by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50)(Tong, Qi) (Entered: 03/13/2026) |
| 03/13/2026 | 53 | Sealed Opposition to Google's Motions to Transfer filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures. (Attachments: (1) – Exhibit 51, (2) – Exhibit 52, (3) – Exhibit 53, (4) – Exhibit 54) (jb3) (Entered: 03/16/2026) |
| 03/16/2026 | 54 | ORDER SETTING DISCOVERY HEARING VIA ZOOM, (Discovery Hearing set for 3/17/2026 04:00 PM via ZOOM before Judge Derek T. Gilliland). Signed by Judge Derek T. Gilliland. (kg) (Entered: 03/16/2026) |
| 03/17/2026 | 55 | Minute Entry for proceedings held before Judge Derek T. Gilliland: Discovery Hearing held on 3/17/2026. Case called for a Sealed Discovery Hearing via Zoom for this case and case nos M25CV369, M25CV372, M25CV374, M25CV376, M25CV380, and M25CV518. Parties announced ready.Statements and arguments of counsel heard. The requested discovery relief was ruled on based on the representations made by the parties during the hearing. Parties are to email a jointly proposed order in word format to txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov withing seven (7) days of the date of this hearing. Written Discovery Order to follow. Hearing concluded. (Minute entry documents are not available electronically.). (Court Reporter FTR.)(kg) (Entered: 03/18/2026) |
| 03/20/2026 | 56 | Redacted Public Version of 53 Sealed Document by HEADWATER RESEARCH LLC. (Tong, Qi) (Entered: 03/20/2026) |
| 03/23/2026 | 57 | ORDER SETTING DISCOVERY HEARING, (Discovery Hearing set for 3/23/2026 04:00 PM in Waco via ZOOM before Judge Derek T. Gilliland). Signed by Judge Derek T. Gilliland. (kg) (Entered: 03/23/2026) |

| | | |
|---|---|---|
| 03/23/2026 | 58 | Minute Entry for proceedings held before Judge Derek T. Gilliland: Discovery Hearing held on 3/23/2026.Case called for a Sealed Discovery Hearing via Zoom for this case and Case Nos M25CV369, M25CV372, M25CV374, M25CV376, M25CV380 and M25CV518. Parties announced ready. Statementsand arguments counsel heard. The requested discovery relief was ruled on based on the representations made by the parties during the hearing. Parties are to email a jointly proposed order in word format to theCourt's Law Clerk at txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov within seven (7) days of the date of this hearing. Written Discovery Order to follow. Hearing concluded. (Minute entry documents are not available electronically.). (Court Reporter FTR.)(kg) (Entered: 03/23/2026) |
| 03/27/2026 | 59 | AFFIDAVIT in Support *Google's Reply ISO Motion to Transfer Venue to NDCA and Google's Motion for Leave to file Under Seal* by GOOGLE LLC. (Attachments: # 1 Exhibit 105, # 2 Exhibit 107, # 3 Errata 109, # 4 Exhibit 110, # 5 Exhibit 111, # 6 Exhibit 113, # 7 Exhibit 114, # 8 Exhibit 119, # 9 Exhibit 121, # 10 Exhibit 122, # 11 Exhibit 123, # 12 Exhibit 124, # 13 Exhibit 125, # 14 Exhibit 127, # 15 Exhibit 128, # 16 Exhibit 129, # 17 Exhibit 130, # 18 Exhibit 131, # 19 Exhibit 132, # 20 Exhibit 133)(Roberts, Andrea) (Entered: 03/27/2026) |
| 03/27/2026 | 60 | Sealed REPLY IN SUPPORT OF ITS OPPOSED MOTION TO TRANSFER VENUE filed by GOOGLE LLC pursuant to W.D. Texas SDS procedures. (slt) (Entered: 03/30/2026) |
| 03/31/2026 | 61 | ORDER ON MARCH 17, 2026 DISCOVERY HEARING. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 03/31/2026) |
| 04/03/2026 | 62 | Redacted Copy *Google's Reply in Support of Its Opposed Motion to Transfer Venue to the Northern District of California* of 60 Sealed Document by GOOGLE LLC. (Unikel, Robert) (Entered: 04/03/2026) |
| 04/08/2026 | 63 | Sealed Discovery Hearing held on March 17, 2026, Transcript filed (This transcript is not available electronically). (jb3) (Entered: 04/08/2026) |
| 04/08/2026 | 64 | Sealed Discovery Hearing held on March 23, 2026, Transcript filed (This transcript is not available electronically). (jb3) (Entered: 04/08/2026) |
| 04/09/2026 | 65 | ORDER ON MARCH 23, 2026 DISCOVERY HEARING. Signed by Judge Derek T. Gilliland. (kg) (Entered: 04/09/2026) |
| 04/16/2026 | 66 | ORDER ON APRIL 15, 2026 DISCOVERY DISPUTE. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 04/17/2026) |
| 04/22/2026 | 67 | Opening Claim Construction Brief by GOOGLE LLC. (Attachments: # 1 Declaration of M. Valenti & Exhibit A, # 2 Declaration of R. Laurenzi in support of Google's Claim Construction Brief, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10)(Unikel, Robert) (Entered: 04/22/2026) |
| 04/22/2026 | 68 | ORDER Setting Markman Hearing. Markman Hearing set for 6/24/2026 09:00 AM in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (kg) (Entered: 04/23/2026) |
| 05/01/2026 | 69 | NOTICE of Attorney Appearance by Minna Jay on behalf of HEADWATER RESEARCH LLC. Attorney Minna Jay added to party HEADWATER RESEARCH LLC(pty:pla) (Jay, Minna) (Entered: 05/01/2026) |
| 05/04/2026 | 70 | MOTION to Appear Pro Hac Vice by Grayson S. Cornwell ( Filing fee $ 100 receipt number ATXWDC–21880570) by on behalf of GOOGLE LLC.. Motions referred to Judge Derek T. Gilliland. (Cornwell, Grayson) (Entered: 05/04/2026) |
| 05/05/2026 | Ï | Text Order GRANTING 70 Grayson S. Cornwell's Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice Pro Hac Vice in this case must register for electronic filing with our Court within 10 days |

| | | |
|---|---|---|
| | | of this Order. Registration is managed by the PACER Service Center. It is further ORDERED that if counsel has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT−1(f)(2). Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 05/05/2026) |
| 05/13/2026 | 71 | AFFIDAVIT in Support *PLAINTIFF HEADWATER'S SUR−REPLY IN OPPOSITION TO GOOGLE'S MOTION TO TRANSFER* by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 55, # 2 Exhibit 56, # 3 Exhibit 63, # 4 Exhibit 64)(Tong, Qi) (Entered: 05/13/2026) |
| 05/13/2026 | 73 | Sealed Administrative Motion for Leave to File a Sur−Reply with Cross−Use filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures. (Attachments: (1) – Proposed Order Granting Motion for Leave, (2) – Sur−Reply in Opposition to Google's Motion to Transfer, (3−7) – Exhibit 60−65). Referral Judge: Derek T. Gilliland. (jb3) (Entered: 05/14/2026) |
| 05/14/2026 | 74 | RESPONSE *(Corrected)* to 67 Claim Construction Brief, by HEADWATER RESEARCH LLC. (Attachments: # 1 Affidavit of Kristopher Davis, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Fenster, Marc) (Entered: 05/14/2026) |
| 05/20/2026 | 75 | Sealed Response to Plaintiff Headwater Research LLC's Administrative Motion for Leave to File Sur−Reply filed by GOOGLE LLC pursuant to W.D. Texas SDS procedures. (Attachments: (1) – Declaration of Andrea P. Roberts, (2−6) – Exhibits 1−5) (jb3) (Entered: 05/21/2026) |
| 05/27/2026 | 76 | STATUS REPORT *Regarding Motion to Transfer Venue to Northern District of California Under Rule 28 U.S.C. §1404(A) & Google LLCs Motion to Dismiss* by GOOGLE LLC. (Unikel, Robert) (Entered: 05/27/2026) |
| 05/27/2026 | 77 | Reply Claim Construction Brief by GOOGLE LLC. (Attachments: # 1 Declaration of Grayson Cornwell)(Unikel, Robert) (Entered: 05/27/2026) |
| 05/28/2026 | 78 | Sealed Reply in Support of its Motion for Leave to File a Sur−Reply filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures. (jb3) (Entered: 05/28/2026) |
| 06/01/2026 | 79 | Redacted Copy *Google's Response to Plaintiff's Administrative Motion for Leave to File a Sur−Reply* of 75 Sealed Document, by GOOGLE LLC. (Unikel, Robert) (Entered: 06/01/2026) |
| 06/03/2026 | 80 | Redacted Public Version *(Headwater's Administrative Motion for Leave to File a Sur−Reply)* of 73 Sealed Motion filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures by HEADWATER RESEARCH LLC. (Attachments: # 1 Headwaters Sur−Reply In Opposition To Googles Motion To Transfer (Public Version))(Tong, Qi) (Entered: 06/03/2026) |
| 06/03/2026 | 81 | Redacted Public Version *(Headwater's Reply In Support Of Its Motion For Leave To File A Sur−Reply)* of 78 Sealed Document by HEADWATER RESEARCH LLC. (Tong, Qi) (Entered: 06/03/2026) |
| 06/10/2026 | 82 | NOTICE of Attorney Appearance by Philip X. Wang on behalf of HEADWATER RESEARCH LLC. Attorney Philip X. Wang added to party HEADWATER RESEARCH LLC(pty:pla) (Wang, Philip) (Entered: 06/10/2026) |
| 06/10/2026 | 83 | BRIEF – *Headwater's Sur−Reply Claim Construction Brief* regarding 77 Claim Construction Brief by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 06/10/2026) |
| 06/11/2026 | 84 | STATUS REPORT *Regarding Motion to Transfer Venue to Northern District of California Under Rule 28 U.S.C. §1404(A) & Google LLCs Motion to Dismiss* by GOOGLE LLC. (Unikel, Robert) (Entered: 06/11/2026) |
| 06/15/2026 | 85 | Joint Claim Construction Brief or Statement by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 06/15/2026) |

| 06/22/2026 | 86 | ORDER ON THE PLAINTIFFS MOTION FOR LEAVE TO FILE A SUR–REPLY (DKT. NO. 73) AND THE DEFENDANTS MOTION TO TRANSFER (DKT. NO. 41). Signed by Judge Derek T. Gilliland. (jb3) (Entered: 06/22/2026) |
|---|---|---|